UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| CHRISTINE CASTELLANO, NICHOLAS GRAVANTE, JR., and RICHARD GRAVANTE, <br><br> Plaintiffs, <br><br> v. <br><br> ELINOR GRAVANTE, <br><br> Defendant. | Case No.: 2:16-cv-167-FtM-38CM |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

The parties, through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6(b), hereby move this Honorable Court for an extension of time for Defendant, Elinor Gravante, to file a response to Plaintiffs' Complaint, and state:

1. Plaintiffs initiated the lawsuit on or about March 1, 2016.

2. Defendant was granted an extension of time until April 29, 2016, for her response to the Complaint, due to settlement discussions between the parties which have terminated, and Plaintiffs stated intent to amend their Complaint.

3. Plaintiffs informed Defendant that no response was needed to the initial Complaint while Plaintiffs were in the process of amending, and the amendment is forthcoming on or before May 6, 2016. Plaintiffs are still revising the Complaint to add additional information.

4.  The parties agree that a response to the current complaint would be moot considering the forthcoming Amended Complaint, and Defendant's reliance on Plaintiffs' representation of an Amended Complaint is the justification for this requested extension and the reason for delay in filing a response to the Complaint.

5.  To conserve judicial resources, the parties agree that Plaintiffs will file an Amended Complaint on or before May 6, 2016.

6.  The parties further agree that Defendant will respond to the Amended Complaint within twenty-one (21) days of service of the Amended Complaint.

7.  This motion is made in good faith and the relief requested herein will not unduly delay these proceedings. The requested extension will not suspend or delay the time period for the meeting of counsel for purposes of preparing a Case Management Report pursuant to Local Rule 3.05 or any attendant date for exchange of Initial Disclosures under Federal Rules of Civil Procedure 26.

## MEMORANDUM OF LAW

District Courts have broad discretion in managing their cases. *See Chrysler International Corp. v. Chenaly*, 280 F. 3d 1358, 1360 (11th Cir. 2002); *see also Johnson v. Board of Regents of University of Georgia*, 263 F. 3d 1234, 1269 (11th Cir. 2001).

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order granting Plaintiffs until May 6, 2016, to file an Amended Complaint, and providing Defendant with twenty-one (21) days after service of the Amended Complaint to respond thereto.

Respectfully submitted this 29th day of April, 2016,

| | |
|---|---|
| /s/ Jason Zimmerman<br>Mayanne Downs<br>Florida Bar No. 754900<br>Email: mayanne.downs@gray-robinson.com<br>Jason A. Zimmerman<br>Florida Bar No. 104392<br>Email: jason.zimmerman@gray-robinson.com<br>G. Brock Magruder<br>Florida Bar No. 112614<br>Email: brock.magruder@gray-robinson.com<br>GRAYROBINSON, P.A.<br>301 E. Pine Street, Suite 1400<br>Post Office Box 3068<br>Orlando, Florida 32802-3068<br>(407) 843-8880 Telephone<br><br>*Attorneys for Plaintiffs* | /s/  Michael T. Traficante<br>Jeffrey D. Fridkin<br>Florida Bar No. 0490245<br>Michael T. Traficante<br>Florida Bar No. 0028562<br>5551 Ridgewood Drive, Suite 501<br>Naples, Florida 34108<br>mtraficante@gfpac.com<br>tfriedman@gfpac.com<br>ktroyer@gfpac.com<br>Telephone:  (239) 514-1000<br>Facsimile:  (239) 514-0377<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2016, a true and correct copy of the foregoing was filed electronically with the Court using the CM/ECF system, which will send a notice of electronic filing to: Michael T. Traficante at mtraficante@gfpac.com, tfriedman@gfpac.com, and ktroyer@gfpac.com.

/s/ Jason Zimmerman
Jason Zimmerman